

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDDIE LANGLOIS, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1498** |
| **RODNEY JACK STRAIN, ET AL** | **SECTION "F" (5)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that the instant matter be **DISMISSED** with prejudice as to Eddie Langlois..

**IT IS FURTHER ORDERED** that the motion to dismiss filed on behalf of defendants Walter Reed and the St. Tammany Parish Council is **GRANTED.**

New Orleans, Louisiana, this 17th day of JAN, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
____ Fee_____
____ Process_____
 X   Dktd_____
____ CtRmDep_____
____ Doc. No_____
```